**Order entered November 21, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01411-CV

### SIMEON COKER, Appellant

### V.

### COMMISSION FOR LAWYER DISCIPLINE, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-15478**

## ORDER

Before the Court is appellee's November 20, 2019 unopposed second motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** appellee's brief filed no later than December 20, 2019.

We **DIRECT** the Clerk of the Court to set this appeal at issue.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE